IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZACHARIAH P. DAMBROSIA-SHAW                                                                PLAINTIFF

v.                                      4:22CV00954-JM-JTK

ELKINS, et al.                                                                              DEFENDANTS

# ORDER

Having reviewed Zachariah P. Dambrosia-Shaw's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendant Elkins is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court is directed to prepare Summons for Defendant Elkins. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order Defendant Elkins without prepayment of fees and costs or security therefore. Service for Defendant Elkins should be attempted through the Lonoke County Detention Center, 440 Dee Dee Lane, Lonoke, AR 72086.

Dated this 11th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).