IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZACHARIAH P. DAMBROSIA-SHAW                                        PLAINTIFF

v.                         CASE NO: 4:22-CV-00954-JM-JTK

ELKINS, *et al.*                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendant Staley are DISMISSED for failure to state a claim on which relief may be granted.

2. Defendant Staley is DISMISSED as a party to this action.

3. Plaintiff's due process claim against Defendant D. Maples is DISMISSED for failure to state a claim on which relief may be granted.

4. Plaintiff's claim that he was wrongfully charged for medical care is DISMISSED for failure to state a claim on which relief may be granted.

Dated this 4th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE