IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZACHARIAH P. DAMBROSIA-SHAW                                           PLAINTIFF

v.                                    4:22CV00954-JTK

DARRELL ELKIN, et al.                                                DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff's Complaint is dismissed with prejudice as to Defendants Darrell Elkin, Anita Maples, and David Maples, and without prejudice as to Defendant John Staley.

Dated this 25th day of October, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE